Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-467-750

**Effective Date of Registration:**
June 26, 2025
**Registration Decision Date:**
November 24, 2025

## Title

| | |
|---|---|
| **Title of Work:** | LSAgates Identification Poster |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2019 |
| **Date of 1st Publication:** | November 12, 2019 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Lane Jacob Baguss |
| **Pseudonym:** | LSAgates |
| **Author Created:** | 2-D artwork |
| **Citizen of:** | United States |
| **Pseudonymous:** | Yes |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Lane Jacob Baguss |
| | 624 Reany Ave., St.Paul, MN, 55130, United States |

## Rights and Permissions

| | |
|---|---|
| **Name:** | Lane Jacob Baguss |
| **Email:** | laneb93@gmail.com |
| **Address:** | 624 Reany Ave. |
| | St.Paul, MN 55130 United States |

## Certification

| | |
|---|---|
| **Name:** | David Denholm |

**Date:** June 26, 2025
**Applicant's Tracking Number:** LB2025062601

