**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

LANE JACOB BAGUSS,

    Plaintiff,                            Case No.: 1:26-cv-03822

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

## SCHEDULE A TO COMPLAINT

| No. | Defendants |
|---|---|
| 1 | GeLaSiWangLuoKeJiYangPuYouXianGongSi |
| 2 | xiangyuanxianyangmeishangmaoyouxiangongsi |
| 3 | queshanxianpuhuisixiangzengxincaiwachang |
| 4 | dalianyimanshangmaoyo |
| 5 | Sallyfanny14 |
| 6 | H01hh24 |
| 7 | JuShiDengDianZiShangWu |
| 8 | tongshanxianherongshangmaoyouxiangongsi |
| 9 | guangxibeihaishifaquanjixiezulinfuwuyouxiangongsi |
| 10 | henanqianyang737 |
| 11 | 191TinMetalAOP |
| 12 | Huangss |
| 13 | Guelineok |
| 14 | BAYABU |
| 15 | QuJingJunQiuShangMao |
| 16 | shaoshandian78 |
| 17 | dongzhuo99 |
| 18 | pinghushirushunjianzhugongchengyouxiangongsi |
| 19 | dikuguanggaochuanmeiyouxiangongsi |
| 20 | yingshangxiandamaogongchengjixiezulin |
| 21 | dingyuanxianhuanhuanzhongyangzhijiatingnongchang |
| 22 | langfangleichenkejiyou |
| 23 | Fallen petals |

1

| | |
|---|---|
| 24 | hanbingjinjingpin |
| 25 | zhangxinniamaza |
| 26 | xushuaiamaz |
| 27 | TaiHuXianWuXianShangMaoYouXianGongSi |
| 28 | Wangyiamz |
| 29 | 休非倍 |
| 30 | Pannaimaoyiyouxiangongsi |
| 31 | Canvas Of VA |
| 32 | lankaoxianhuixinjixiezulinyouxiangongsi |
| 33 | wangfanjiancai |
| 34 | guoruikai33 |
| 35 | 隆替日用 |
| 36 | xiongzijun |
| 37 | DUNGVASTORE |
| 38 | THUYVASTORE |
| 39 | zhangyouwei |
| 40 | hua IEJDHDNFG |
| 41 | zhai hanghang |
| 42 | Garden Culture |
| 43 | ttopze |
| 44 | Tin Painting Arts |
| 45 | The Rust Horizon |
| 46 | Surprise Pod |